IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| PROWESS, INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>RAYSEARCH LABORATORIES AB, et al.,<br><br>*Defendants.* | MOTION "GRANTED" THIS ____ DAY OF<br><br>Civil Action No. 11-CV-1357 (WDQ) 20__.<br><br>WILLIAM D. QUARLES, JR.<br>UNITED STATES DISTRICT JUDGE |

## JOINT MOTION TO AMEND THE JOINT DISCOVERY PLAN AND ORDER

Plaintiff Prowess, Inc. and Defendants RaySearch Laboratories, AB, Nucletron Corporation, Philips Healthcare Informatics, Inc. and Philips Nuclear Medicine, Inc., by and through counsel, submit this Joint Motion to Amend the Joint Discovery Plan and Order pursuant to Paragraph II.2 of the Joint Discovery Plan and Order jointly filed by the parties on January 3, 2012 [Docket 46] and signed by the Court January 4, 2012 [Docket 47]. Paragraph II.2 allows the Joint Discovery Plan and Order to be modified for good cause. By a typographical error, Section I of the original plan incorrectly listed dates in 2011 instead of 2012. The parties therefore jointly request that the Plan be modified such that Section I of the original Plan and Order be replaced with the following:

I.  Schedule of Discovery Events

   The parties agree to conduct discovery according to the following schedule, in addition to those dates already laid out in the Court's November 16, 2011 Scheduling Order:

   - June 1, 2012 - Deadline for taking non-expert depositions.
   - July 13, 2012 - Deadline for propounding written discovery requests other than requests for admissions.
   - July 20, 2012 - Deadline for propounding requests for admissions.